AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. [illegible] S/TX
2023 FEB -7 PM 4:43
BROWNSVILLE, TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

**Unsealed 2/15/23**
Public and unofficial staff access to this instrument are prohibited by court order.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-CR-084-1 |
| Dante Omar Lopez | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Dante Omar Lopez__,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sealed Indictment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 2 3 2023
NATHAN OCHSNER
CLERK OF COURT

Date: __February 7, 2023__

*Issuing officer's signature*

City and state: __Brownsville, Texas__

Dori Lee Reyna, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* __02-07-23__, and the person was arrested on *(date)* __02-15-23__
at *(city and state)* __Brownsville, TX__.

Date: __02-17-23__

*Arresting officer's signature*

__M. David Scarano, DEA SA__
*Printed name and title*
For: Chris Afay