Un Sealed 2/15/23
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB -7 2023

NATHAN OCHSNER
CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | CRIMINAL NO. B-23- 084 |
| DANTE OMAR LOPEZ | § | |

PARTIALLY
UN **SEALED INDICTMENT** 2/15/23

THE GRAND JURY CHARGES:

## COUNT ONE

From on or about September 2019, to on or about March, 2021, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**DANTE OMAR LOPEZ,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

On or about January 26, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**DANTE OMAR LOPEZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than five hundred (500) grams, that is, approximately 1.18 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about February 27, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**DANTE OMAR LOPEZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than five hundred (500) grams, that is, approximately 1.4 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about March 1, 2021, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**DANTE OMAR LOPEZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than five hundred (500) grams, that is, approximately 1.3 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
K. ALEJANDRA ANDRADE
Assistant United States Attorney