| | | |
|---|---|---|
| AA<br>02/1/2023<br>**BROWNSVILLE** DIVISION<br>FILE: 2023R00674 | PARTIALLY<br>UN **SEALED** 2/15/23<br>OCDETF<br>**CRIMINAL DOCKET** | NO. **B-23- 084** |
| **SEALED INDICTMENT**<br>COUNTY: CAMERON | Filed: FEBRUARY 7, 2023 | Judge: Rodriguez, Jr. |

**ATTORNEYS:**

**UNITED STATES OF AMERICA**

ALAMDAR S. HAMDANI, USA

**vs.**

K. ALEJANDRA ANDRADE, AUSA

DANTE OMAR LOPEZ (YOB: 1979) USC **(Cts. 1-4)** **(WARRANT)**

**CHARGE:** Ct. 1: Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine; 21 USC 846, 841(a)(1), and 841(b)(1)(A)

Total Counts ( 4 )

Ct. 2: Possession with intent to distribute more than 500 grams, that is, approximately 1.18 kilograms of cocaine;
21 USC 841(a)(1) and 841(b)(1)(B) and 18 USC 2

Ct. 3: Possession with intent to distribute more than 500 grams, that is, approximately 1.4 kilograms of cocaine;
21 USC 841(a)(1) and 841(b)(1)(B) and 18 USC 2

Ct. 4: Possession with intent to distribute more than 500 grams, that is, approximately 1.3 kilograms of cocaine;
21 USC 841(a)(1), and 841(b)(1)(B) and 18 USC 2

**PENALTY:** **Ct 1: 10 years to life and/or a fine not to exceed $10,000.000 plus supervised release term of at least 5 years up to life.**
**Cts. 2-4: 5 to 40 years and/or a fine not to exceed $5,000.000 plus supervised release term of at least 4 years up to life as to each ct.**

In Jail:
On Bond:
No Arrest: X
DEA: David Scarano

5